**IN THE UNITED STATES BANKRUPTCY CORT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TARONIS FUELS, INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11121 (BLS)<br><br>(Jointly Administered) |
| TARONIS FUELS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CRCM OPPORTUNITY FUND III, LP,<br><br>    Defendant. | Adv. No. 23-50002 (BLS) |
| TARONIS FUELS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE EZRAH CHARITABLE TRUST,<br><br>    Defendant. | Adv. No. 23-50001 (BLS) |

**CERTIFICATION OF COUNSEL REGARDING ENTRY OF SCHEDULING ORDER**

The undersigned counsel for the Plaintiff hereby certifies as follows:

1. On January 5, 2023, Taronis Fuels, Inc. ("Plaintiff") initiated the- above-captioned adversary proceedings (the "Adversary Proceedings") in the United States Bankruptcy Court for the District of Delaware (the "Court") by filing complaints [Adv. Docket No. 1] against CRCM Opportunity Fund III, LP ("CRCM") and the Ezrah Charitable Trust (the "Ezrah Trust" and collectively with CRCM, the "Defendants").

2. On February 3, 2023, and February 6, 2023, respectively, CRCM and the Ezrah Trust filed their answers and affirmative defenses in the Adversary Proceedings. *See* Adv. Docket No. 6.

3. Pursuant to Fed. R. Civ. Proc. 26(f), made applicable by Fed. R. Bankr. Proc. 7026, the Plaintiff and Defendants conferred regarding the terms of the *Scheduling Order* attached hereto as Exhibit A (the "Scheduling Order"). All parties agreed to the terms thereof or had no objection to the Court's entry of the Scheduling Order.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Scheduling Order at its earliest convenience.

Dated: February 17, 2023
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    olivere@chipmanbrown.com

*Counsel for Plaintiff*