# <u>EXHIBIT A</u>

## IN THE UNITED STATES BANKRUPTCY CORT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| TARONIS FUELS, INC., *et al.*, | Chapter 11 |
| Debtors. | Case No. 22-11121 (BLS) |
| | (Jointly Administered) |
| TARONIS FUELS, INC., | |
| Plaintiff, | |
| v. | Adv. No. 23-50002 (BLS) |
| CRCM OPPORTUNITY FUND III, LP, | |
| Defendant. | |
| TARONIS FUELS, INC., | |
| Plaintiff, | |
| v. | Adv. No. 23-50001 (BLS) |
| THE EZRAH CHARITABLE TRUST, | |
| Defendant. | |

## SCHEDULING ORDER

This _____ day of _____, 2023, the Court having conducted an initial scheduling and planning conference pursuant to Local Rule 7016-1, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration, IT IS ORDERED that:

1.      Initial Disclosures.  The parties shall serve their initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) no later than March 8, 2023.

2. <u>Commencement of Discovery</u>.  Discovery shall commence immediately after entry of this Scheduling Order.

3. <u>Fact Discovery</u>.  Fact discovery shall be completed August 23, 2023.  Depositions may commence no earlier than May 24, 2023.  The parties shall confer in good faith about scheduling the time, location, and format of any depositions to avoid undue inconvenience to the parties and their counsel.

a. <u>Requests for Admission</u>.  Unlimited requests for admission as to authenticity of documents are permitted.  Each party is permitted to serve a maximum of 30 additional requests for admission on the other party.

b. <u>Interrogatories</u>.  Each party is permitted to serve a maximum of 30 interrogatories, inclusive of each discrete subpart of any interrogatory.

4. <u>Mediation</u>.  The parties shall file a *Stipulation Regarding Appointment of a Mediator* or a statement that the Parties cannot agree on a mediator and request that the Court select and appoint a mediator to the proceeding no later than August 30, 2023.  Mediation shall be conducted in accordance with Del. Bankr. L.R. 9019-5.  Within 63 days after the entry of an *Order Assigning the Adversary Proceeding to Mediation*, the mediator shall either (a) file the mediator's certificate of completion or (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

5. <u>Disclosure of Expert Testimony</u>.

a. <u>Expert Reports</u>.  Any expert disclosures and reports shall be served by the party that bears the burden of proof on that issue no later than 35 days after the completion of mediation.  Any expert disclosures and reports intended to rebut any other expert reports shall be served no later than 35 days after the deadline for service of expert disclosures and reports.  All

2

reports shall provide the information required by Bankruptcy Rule 26(a)(2)(B). No other expert reports will be permitted without either the consent of the parties or leave of the Court.

      b.    <u>Expert Discovery Cut Off</u>. Depositions of expert witnesses shall begin after the service of any rebuttal expert disclosures and reports. All expert discovery shall be completed 28 days after the deadline to serve reports intended to rebut any other expert reports.

6.    <u>Case Dispositive Motions</u>. All dispositive motions shall be filed no later than 63 days after the close of expert discovery. If neither party serves expert disclosures and reports, all dispositive motions shall be filed no later than 70 days after the completion of mediation.

7.    <u>Status Conference</u>. On October 31, 2023, at 10:00 a.m., the Court will hold a status conference with counsel. The status conference may be in person or by phone, at the discretion of the Court.

8.    <u>Status Reports</u>. The plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of this adversary proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The plaintiff shall file a status report June 14, 2023, and each 56 days thereafter, setting out the status of this adversary proceeding

9.    <u>Extension of Deadlines</u>. Other than the date of the status conference, the deadlines provided by this Scheduling Order may be modified by written agreement of the Parties without further order of the Court. Any deadline provided under this Order may be modified by the Court for good cause shown.

3