# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TARONIS FUELS, INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11121 (BLS)<br><br>(Jointly Administered) |
| TARONIS FUELS, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>THE EZRAH CHARITABLE TRUST,<br><br>               Defendant. | Adv. No. 23-50001 (BLS) |

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on the 8th day of March, 2023, The Ezrah Charitable Trust (the "Trust"), by and through its undersigned counsel served a true and correct copy of *The Ezrah Charitable Trust's Rule 26(a)(1) Initial Disclosures* on the parties listed below via hand delivery and/or electronic mail as indicated.

**VIA HAND DELIVERY & E-MAIL**
William E. Chipman, Jr., Esquire
Mark L. Desgrosseilliers, Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: olivere@chipmanbrown.com
Email: chipman@chipmanbrown.com
Email: desgross@chipmanbrown.com

*Counsel for Taronis Fuels, Inc.*

**VIA E-MAIL**
Adam D. Cole, Esquire
Chipman Brown Cicero & Cole, LLP
501 Fifth Avenue, 15th Floor
New York, New York 10017
Email: cole@chipmanbrown.com

*Counsel for Taronis Fuels, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits (if any) of each Debtor's federal tax identification number include: Taronis Fuels, Inc. (7454), MagneGas Welding Supply – West, LLC (6662), Taronis Sub III LLC (5826), MagneGas Welding Supply – South, LLC (8686), MagneGas Real Estate Holdings, LLC (7412), MagneGas IP, LLC (0988), MagneGas Production, LLC (7727), Taronis Sub I LLC (4205), Taronis-TAS, LLC (2356), Taronis-TAH, LLC (3542), and Taronis Sub II LLC (9673). The location of the Debtors' service address in these chapter 11 cases is 24980 N. 83rd Avenue, Suite 100, Peoria, Arizona 85383.

Dated: March 8, 2023            **MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: emonzo@morrisjames.com

*Counsel to Defendant, The Ezrah Charitable Trust*